IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DANNY JOHNSTON, | § | |
| | § | |
| *Plaintiff and Counter-Defendant.* | § | |
| | § | |
| v. | § | |
| | § | |
| PATRICIA ANN JOHNSTON, | § | |
| | § | CASE NO. 6:23-CV-00413-JDK-KNM |
| *Defendant and Counter-Plaintiff.* | § | |
| v. | § | |
| | § | |
| EAST TEXAS OIL FIELD | § | |
| CONSTRUCTION, LLC, | § | |
| | § | |
| *Counter-Defendant.* | § | |

**REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the stipulation of Danny Johnston ("Danny") and Patricia Johnston ("Patricia") to entry of a temporary injunction in the following form and substance. The Court recommends **GRANTING** the second agreed temporary injunction and **ORDERING** the following:

1. Neither Patricia Johnston, Danny Johnston, East Texas Oil Field Construction, LLC, nor any person acting in concert with any of them or on behalf of any of them shall:

    a. Directly or indirectly sell, liquidate, assign, transfer, convert, loan, hypothecate, gift, convey, encumber, pledge, conceal, dissipate, or otherwise dispose of the following property without this Court's authorization:

        i. The property listed in the Bill of Sale dated December 15, 2020 (a copy of which is attached hereto as Exhibit A), between Patricia Johnston and East Texas Oil Field Construction, LLC (such property being referred to herein as the "Business Property"); and

        ii. The property listed in Exhibit B hereto (such property being referred to herein as the "Personal Property"); or

    b.   Directly or indirectly destroy, erase, delete, alter, or otherwise modify any internet website or social media posting used for the advertising, marketing, promotion, offering for sale, or sale of the Business Property or the Personal Property, without this Court's authorization.

The Court recommends **ORDERING** that this injunction is binding upon the parties, their agents, servants, and employees, and upon people in concert or participation with them.

The parties have waived service of the writ related to this agreed temporary injunction.

The parties have waived the requirement of a bond. The Court therefore recommends **ORDERING** that no bond shall be required.

The Court recommends **ORDERING** that this agreed temporary injunction is effective through trial of this matter unless otherwise ordered by the Court.

Within fourteen (14) days after service of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C). To be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.

Failure to file specific, written objections will bar the party from appealing the unobjected-to factual findings and legal conclusions of the magistrate judge that are accepted by the district court, except upon grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

    So ORDERED and SIGNED this 12th day of January, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

Exhibit A

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## Bill of Sale

**Date:** December 15, 2020

**Seller:** Patricia Ann Johnston, individually and as independent executor of the estate of Thomas William Johnston, deceased

**Seller's Mailing Address:**

> Patricia Ann Johnston
> 11340 FM 315, Palestine, Texas

**Buyer:** East Texas Oil Field Construction, LLC

**Buyer's Mailing Address:**

> East Texas Oil Field Construction, LLC
> Daniel Wylie Johnston, Member
> 12990 FM 315, Palestine, Texas 75803

**Consideration:**

A note of even date executed by Grantee and payable to the order of Grantor in the principal amount of ONE HUNDRED NINETY ONE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($191,500.00). The note is secured by a first and superior vendor's lien and superior title retained in this Bill of Sale.

**Transferred Properties:**

Any and all assets of East Texas Oil Field Construction, including but not limited to, its name, goodwill, receivables, claims, furniture, fixtures, machinery, machinery listed below, equipment, inventory, accounts, goods, supplies, and personal property used in connection with the operation of the business, the exclusive right to the name of East Texas Oil Field Construction, desks, office supplies, account receivables, cash, and bank accounts.

> D5K2 Dozer Serial Number: KY202873
> D4G Dozer Serial Number: TLY00793
> CAT 420E Backhoe Serial Number: DJL0269
> CASE 580 Super L Backhoe Serial Number: G0270801

1

CAT 320C Track hoe Serial Number: 0320CLEA600903
7610 New Holland Tractor Serial Number: 81866555
6610 New Holland Tractor Serial Number: E9NN7006A
3600 Ford Tractor
Two 8' mowers
8' Disc
6' Disc
Single row planter
Plow
Band saw mill
Wood mizer Serial Number: 45LB42413GVBA6073
Volvo 70C rubber tire loader Serial Number: L70CV13879
Noram 65E motor grader Serial Number: 65E79507
Chevrolet pickup VIN: 1gb4kzcl90f88514
Goose Neck Trailer 28' Legend Serial Number: 5D3BG2929EE104596
Goose Neck Trailer 32' Trail Master Serial Number: 5BEBF32257C144483
Goose Neck Trailer PJ 28' 4P5FD3027C1178980

**Reservations from Transfer:**

None.

**Exceptions to Transfer and Warranty**:

None.

Seller, for the Consideration and subject to the Reservations from Transfer and the Exceptions to Transfer and Warranty, sells, transfers, and delivers the Transferred Properties to Buyer, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Buyer and Buyer's heirs, successors, and assigns forever. Seller binds Seller and Seller's heirs and successors to warrant and forever defend all and singular the Transferred Properties to Buyer and Buyer's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Seller but not otherwise, except as to the Reservations from Transfer and the Exceptions to Transfer and Warranty.

As a material part of the Consideration for this sale, Seller and Buyer agree that Buyer is taking the Transferred Properties "AS IS" and that there are no representations, disclosures, or express or implied warranties except those contained in the purchase contract and this bill of sale. Buyer has not relied on any information other than Buyer's inspection and the representations and warranties expressly contained in the purchase contract and this bill of sale.

When the context requires, singular nouns and pronouns include the plural.

2

_____
Patricia Ann Johnston, individually and as independent executor of the estate of Thomas William Johnston, deceased

_____
Daniel Wylie Johnston

STATE OF TEXAS              )

COUNTY OF ANDERSON    )

This instrument was acknowledged before me on December 15, 2020, by Patricia Ann Johnston, individually and as independent executor for the estate of Thomas William Johnston, deceased.



_____
Notary Public, State of Texas
My commission expires: _____

STATE OF TEXAS              )

COUNTY OF ANDERSON    )

This instrument was acknowledged before me on December 15, 2020, by Daniel Wylie Johnston.



_____
Notary Public, State of Texas
My commission expires: _____

3

PREPARED IN THE OFFICE OF:

JEFF HERRINGTON
509 North Church Street
P.O. Drawer 2943
Palestine, Texas 75802
Tel: (903) 723-1212
Fax: (903) 723-3434


AFTER RECORDING RETURN TO:

JEFF HERRINGTON
509 North Church Street
P.O. Drawer 2943
Palestine, Texas 75802
Tel: (903) 723-1212
Fax: (903) 723-3434

4

Exhibit B

The Personal Property

1. 1983 Mack Dump Truck
2. Coin collection previously located at 11340 FM 315, Palestine, Texas and containing:
    a. One (1) roll of Virgin Island quarters with mintmark 2010
    b. One (1) Franklin Delano Roosevelt-Double Eagle Token with mintmark 1982
    c. One (1) Lady Liberty silver dollar with mintmark 1898
    d. One (1) roll of Zachary Taylor dollar coins
    e. One (1) roll of Franklin Pierce dollar coins
    f. One (1) roll of Millard Fillmore dollar coins
    g. One (1) roll of James K. Polk dollar coins
    h. One (1) roll of William Harrison dollar coins
    i. One (1) roll of Martin Van Buren dollar coins
    j. One (1) roll of Andrew Jackson dollar coins
    k. One (1) roll of John Tyler dollar coins
    l. Three (3) Thomas Jefferson dollar coins
    m. Two (2) George Washington dollar coins
    n. One (1) John Quincy Adams dollar coin
    o. Ten (10) Susan B. Anthony dollar coins
    p. Fourteen (14) Sacagawea dollar coins
3. D5K Dozer
4. 3-pipe rack
5. 6-foot sheep foot roller
6. John Deere 450 dozer motor
7. 1" thick flat steel plate
8. Arrowhead collection previously located at 11340 FM 315, Palestine, Texas
9. Portable sawmill located at 11340 FM 315, Palestine, Texas
10. Four-door refrigerator located at 11340 FM 315, Palestine, Texas
11. Air compressor located at 11340 FM 315, Palestine, Texas
12. Green Dump Truck located at 11340 FM 315, Palestine, Texas