# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DANNY JOHNSTON, | § | |
| Plaintiff / Counter-Defendant, | § | |
| v. | § | |
| PATRICIA JOHNSTON, | § | |
| Defendant / Counter-Plaintiff, | § | Case No. 6:23-cv-413-JDK-KNM |
| v. | § | |
| EAST TEXAS OIL FIELD CONSTRUCTION, LLC, | § | |
| Counter-Defendant. | § | |

## FINAL JUDGMENT

The Court, having considered the cases and resolved all claims in this matter either by default judgment or summary judgment, hereby enters **FINAL JUDGMENT**.

It is therefore **ORDERED** that final judgment is entered against Danny Johnston and in favor of Patricia Johnston in the amount of $18,300.80. It is further **ORDERED** that Plaintiff/Counter-Defendant take nothing. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **14th** day of **August, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE