**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| DANNY JOHNSTON, §<br>§<br>Plaintiff / Counter-Defendant, §<br>§<br>v. §<br>§<br>PATRICIA ANN JOHNSTON, §<br>§<br>Defendant / Counter-Plaintiff, §<br>§<br>v. §<br>§<br>EAST TEXAS OIL FIELD §<br>CONSTRUCTION, LLC, §<br>§<br>Counter-Defendant. § | Case No. 6:23-cv-413-JDK-KNM |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Defendant/Counter-Plaintiff Patricia Johnston's Motion for Award of Attorneys' Fees and Expenses against East Texas Oil Field Construction, LLC (ETOFC).  Docket No. 104.  This case was referred to United States Magistrate Judge K. Nicole Mitchell in accordance with 28 U.S.C. § 636.

On May 15, 2026, Judge Mitchell issued a Report recommending that the motion be granted and that ETOFC be required to pay Patricia Johnston $69,688.99 in attorneys' fees and $663.61 in costs.  Docket No. 109.  No written objections have been filed.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire

1

record and makes an independent assessment under the law.  *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 109) as the findings of this Court, **GRANTS** the motion for attorneys' fees and costs (Docket No. 104), and **ORDERS** ETOFC to pay Patricia Johnston $69,688.99 in attorneys' fees and $663.61 in costs.

So **ORDERED** and **SIGNED** this **2nd**  day of  **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2